| United States District Court | DISTRICT of ARIZONA |
|---|---|
| UNITED STATES OF AMERICA v.<br><br>LOMAS, Ricardo Antonio<br>Year of Birth: 1991; U.S. Citizen<br><br>FILED / RECEIVED JUL - 2 2010 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY_____ DEPUTY | DOCKET NO.   LODGED COPY   **VICTIM**<br><br>MAGISTRATE'S CASE NO.<br>**10-03689M** |

Complaint for violation of Title 18   United States Code § 111(a)(1) & (b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 1, 2010, at or near Douglas, in the District of Arizona, defendant, RICARDO ANTONIO LOMAS, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with U.S. Customs and Border Protection Officer Juan Vides, while Officer Vides was engaged in and on account of the performance of his official duties; with the act constituting more than simple assault, that is, LOMAS used a deadly or dangerous weapon, to wit: a stainless steel pocket knife, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 1, 2010, at approximately 1445hrs, Ricardo Antonio LOMAS applied for entry into the United States through the pedestrian lane at the Douglas, Arizona, Port of Entry. Customs and Border Protection Officer (CBPO) Shawn Sutliff was working primary inspection. LOMAS approached CBPO Sutliff and threw items on the counter in an aggressive manner and asked if this was the U.S. Port of Entry. CBPO Sutliff replied that it was the U.S. Port of Entry. CBPO Juan Vides noticed that LOMAS' hands were in his pockets, so he asked him to remove them. LOMAS replied, "What's your name?" and took his right hand out of his pocket and thrust it towards CBPO Vides' chest. CBPO Vides noticed a sharp object in LOMAS' hand and was able to block the thrust. CBPO Vides, with the assistance of several nearby officers, took LOMAS to the ground and restrained him. CBPO Rossana Contreras noticed a stainless steel pocket knife, measuring approximately 3.5" extended, on the floor beside LOMAS. CBPO Vides asked LOMAS what he intended to do with the knife. LOMAS replied, "I was going to stab you."

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Rec: Detention<br>**Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.**<br>NPS/cgf<br>Approved by AUSA N. Savel    _M Savel_ | SIGNATURE OF COMPLAINANT<br>_[signature]_<br><br>OFFICIAL TITLE<br>ICE Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>_[signature]_ | DATE<br>July 2, 2010 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54